UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :

           v.          :

 DAVID LEE.          :          08 Cr. ____

           Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - X

         The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371, 1343, 1005, and 1505, and being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Amy Walsh, Esq.
Timothy P. Kebbe
Counsel for David Lee

Date:   New York, New York
        November __, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _ 11/18/08 _

0202