USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                     :

UNITED STATES OF AMERICA
                                     :

         -v.-                           :       <u>ORDER OF FORFEITURE</u>

DAVID LEE,                        :       08 Cr. 1135 (RPP)

                                     :

         Defendant.
                                     :
- - - - - - - - - - - - - - - - - -x

        WHEREAS, on or about November 13, 2008, DAVID LEE (the "defendant"), was charged in a four-count Information 08 Cr. 1135 (RPP) (the "Information") with conspiracy to commit wire fraud and to make false bank entries, in violation of Title 18, United States Code, Section 371 (Count One), wire fraud, in violation of Title 18, United States Code, Section 1343 (Count Two), false statements to a bank, in violation of Title 18, United States Code, Sections 1005 and 2 (Count Three), obstruction of justice, in violation of Title 18, United States Code, Section 1505 (Count Four);

        WHEREAS, the Information included a forfeiture allegation as to Counts One through Three, seeking forfeiture to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the offenses alleged in Counts One through Three of the Information;

WHEREAS, the defendant consents to a judgment in the amount of $830,000 in United States currency, representing all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses alleged in the Information;

WHEREAS, on or about February 12, 2009 the defendant paid the Judgment in full and satisfied his forfeiture obligation;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offenses charged in the Information, to which the defendant pled guilty, a judgment in the amount of $830,000 in United States currency shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4)(A) of the Federal Rules of Criminal Procedure, this Consent Order of Forfeiture shall be final as to the defendant, DAVID LEE, upon entry of this order, and shall be made part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

4. The Clerk of the Court shall forward three certified copies of this Consent Order of Forfeiture to Assistant United States Attorney Sharon Cohen Levin, United States

Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
~~February~~ March 2, 2010

SO ORDERED:

_____
HONORABLE ROBERT P. PATTERSON
UNITED STATES DISTRICT JUDGE