

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 28, 2014

**By ECF**

The Honorable Robert P. Patterson, Jr.
United States District Judge
U.S. Courthouse
500 Pearl Street, Room 2550
New York, NY  10007

   Re: **United States v. David Lee**,
     08 Cr. 1135 (RPP)

Dear Judge Patterson:

  Defendant David Lee pled guilty on November 18, 2008.  His sentencing has been held in abeyance since that time.  With the consent of the defendant, the Government respectfully requests that this Court schedule sentencing in this matter and direct the United States Probation Office to prepare a Presentence Investigation Report.

         Respectfully submitted,

         PREET BHARARA
         United States Attorney
         Southern District of New York

        By:/s/ Michael A. Levy
         Michael A. Levy
         Assistant United States Attorney
         Southern District of New York
         (212) 637-2346

Cc:  Amy Walsh, Esq. (by email)