

**MORVILLO LLP**

One World Financial Center
27th Floor
New York, NY 10281
T: (212) 796-6330
F: (212) 240-8267

1101 17th Street, N
Suite 1006
Washington, DC 20
(202) 470-0330

FEB 1 1 2015

CHAMBERS OF
JUDGE ROBERT P. PATTERSON

**SO ENDORSED**

www.morvillolaw.com

WRITER'S CONTACT INFORMATION
(212) 796-6347
awalsh@morvillolaw.com

February 6, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/15

**Via ECF**
The Honorable Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. David Lee, 08-CR-1135 (RPP)

Dear Judge Patterson:

I represent defendant David Lee in the above captioned case. I write to request an adjournment of Mr. Lee's sentencing, which is currently scheduled for February 27, 2015, to March 27, 2015 or another date after February 27, 2015 that is convenient for the Court. This is the first request for an adjournment in the case, and is made on consent of the government.

The reason for the request is two-fold. First, the Probation Department distributed its initial Presentence Report to the parties this week, which, if sentencing proceeds on February 27th, will not provide the parties with the 35-day minimum notice required by Rule 32(e)(2). *See* Fed. R. Cr. P. 32(e)(2). Second, I anticipate that both parties will be making written sentencing submissions, for which we need more time to prepare and submit to the Court in advance of sentencing. Accordingly, we believe it would be appropriate to adjourn the sentencing to the date requested above.

Your Honor's consideration of this request is greatly appreciated.

Respectfully submitted,

/s/

Amy Walsh

*The sentencing is adjourned to* **March 30** *at 10:00 am in courtroom 12A.*

*Loretta A. Preska*
A. PRESKA
UNITED STATES DISTRICT JUDGE

cc:   AUSA Michael A. Levy

2/13/15